1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HUNG DUONG NGUON,

11              Plaintiff,              No. 2:11-cv-0046 JFM (PC)

12        vs.

13   TIM V. VIRGA,

14              Defendant.              <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to proceed

18   before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  <u>See</u> Consent filed

19   January 19, 2011.

20        By order filed February 1, 2011, plaintiff was granted thirty days in which to file

21   an amended complaint and an application to proceed in forma pauperis.  Plaintiff was cautioned

22   that failure to comply with that order might result in the dismissal of this action.  The thirty day

23   period has now expired, and plaintiff has not filed an amended complaint or an in forma pauperis

24   application or otherwise responded to the court's order.

25   /////

26   /////

1      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2 prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3 DATED: March 25, 2011.

4

5                      UNITED STATES MAGISTRATE JUDGE

6

7 12

8 nguo0046.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26